```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF TEXAS

 3                         HOUSTON DIVISION

 4   TREJO                          §    CASE NO. 3:22-cv-00267
                                    §    HOUSTON, TX
 5   VERSUS                         §    WEDNESDAY,
                                    §    NOVEMBER 9, 2022
 6   DSW HOMES, LLC                 §    10:20 AM TO 10:27 AM

 7                            CONFERENCE

 8          BEFORE THE HONORABLE ANDREW M. EDISON
                 UNITED STATES MAGISTRATE JUDGE
 9
                             APPEARANCES:
10

11       FOR THE PARTIES:              SEE NEXT PAGE

12       COURT REPORTER:               CYNTHIA BENAVIDES

13       COURT CLERK:                  RUBEN CASTRO

14

15

16

17

18

19

20               TRANSCRIPTION SERVICE BY:

21             Veritext Legal Solutions
            330 Old Country Road, Suite 300
22                 Mineola, NY 11501
         Tel: 800-727-6396 ▼ www.veritext.com
23
      Proceedings recorded by electronic sound recording; transcript
24                produced by transcription service.

25
```

```
 1                         APPEARANCES:

 2

 3   FOR THE PLAINTIFF:         TRAN LAW FIRM LLP
                                Trang Q. Tran
 4                              2537 South Gessner Road
                                Suite 104
 5                              Houston, TX 77063
                                713.223.8855
 6
     FOR THE DEFENDANTS:        OGLETREE DEAKINS
 7                              James R. Staley
                                Ryan Swink
 8                              One Allen Center
                                500 Dallas Street
 9                              Suite 3000
                                Houston, TX 77002
10                              713.655.5758

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            HOUSTON, TEXAS; WEDNESDAY, NOVEMBER 9, 2022; 10:20 AM
 2            THE COURT:  Trejo versus DSW Homes, LLC, 3:22-cv-
 3   00267.
 4            If anyone's trying to knock, you're on mute.
 5            MR. STALEY:  Judge, Jim Staley and Ryan Swink on
 6   behalf of Defendant, DSW Homes.
 7            THE COURT:  Good to see you.  Do we -- anyone for the
 8   Plaintiff?
 9            MR. STALEY:  I see Plaintiff's counsel, Trang Tran --
10   Mr. Trang Tran, but I cannot hear him either, Your Honor.
11            THE COURT:  I see him as well.  For some reason, I
12   cannot hear you, and you are not on mute.  Is it your volume?
13            MR. TRAN:  How about now?
14            THE COURT:  There we go.  It happens to all of us.
15   All right.  Good to see you.  Okay.  We have --
16            MR. TRAN:  Good morning, Judge.
17            THE COURT:  -- we have an FLSA collective action.  As
18   you all know, this case has been referred to me for all
19   purposes, so you're going to have your fill of me.  I can tell
20   you that.  Any -- let me start.  Any issues of the draft doc
21   you can forward, and I've sort of put that in place separate
22   and apart from the Swales collective action issue.
23            MR. TRAN:  (indiscernible), Judge.
24            THE COURT:  I believe it was (indiscernible) all
25   together.
```

```
 1                I guess here's my thought, and then you can tell me
 2   your view.  I'd like to put that DCO in place.  At the same
 3   time obviously we need to set up some timing on the Swales
 4   issues, and I think I got these dates from your submission.
 5   But my thought was we have Swales discovery due by March 31st,
 6   and then the plaintiff to file their -- I keep wanting to call
 7   it a conditional certification motion, but it's not a
 8   conditional certification.  It's a motion to issue notice -- by
 9   April 28th, the response May 26th, the reply June 2nd, and then
10   hopefully you got a halfway decent judge who'll get a good -- a
11   ruling promptly.
12                MR. TRAN:  Sounds good.  How do you feel about
13   equitable tolling?
14                THE COURT:  On the defense side?  Let me -- let me
15   hear your thoughts, Mr. Staley.
16                MR. STALEY:  As far as the deadline that you raised,
17   Your Honor, for -- in the dates for Swales-related issues,
18   we're fine with those.
19                THE COURT:  Okay.  Let me -- obviously Mr. Tran is
20   raising an equitable tolling issue.  Something tells me what he
21   means by that, he's trying to toll the statute of limitations
22   until a decision is made on whether or not (indiscernible)
23   should be issued.
24                MR. STALEY:  Your Honor, this is the first we've
25   heard of it, so I wouldn't know the basis for -- you know, I'm
```

1   not prepared to speak on it today since it's not been raised in
2   the (indiscernible).
3           THE COURT: Fair enough. Let me say this. Obviously
4   you all talk about it. I understand the issue, so I'm happy to
5   address it or, if you can't come to an agreement, look at that.
6           I will say this. Obviously on these FLSA collective
7   action cases, I think both parties actually wanted rulings
8   quickly as possible on whether there can be notice or not. And
9   I promise you once you -- I will issue a prompt ruling on
10  notice.
11          Now that being said, the Fifth Circuit has said under
12  Swales that there's some, you know, discoveries able to
13  proceed, so it's not like we're looking at a ruling by the end
14  of the year, but I pledge to you that I will not sit on that
15  for a long time.
16          So -- but I'll let you all talk about the tolling
17  issue. I understand the issue on both the plaintiff's and the
18  defense side.
19          So anything else to chat about, discuss, or you want
20  to get out of here?
21          MR. STALEY: Your Honor --
22          MR. TRAN: I want to get out of here. Thanks, Judge.
23          THE COURT: Hold on. Mr. Staley wants to talk.
24          MR. STALEY: Sure. In this case, Plaintiff's counsel
25  has filed a motion to strike under Rule 12(d) that doesn't

1  comply -- it didn't comply with the premotion letter
2  requirements.
3          He's seeking to strike two of our affirmative
4  defenses, and he filed it without the process, so I think under
5  the Court's rules as I read them, the -- I think his motion
6  will be sua sponte dismissed and grant -- and we get a chance
7  to amend.  Is that how that typically is done?
8          THE COURT:  That's actually funny you said that, and
9  I'm glad you raised it because this was on my list.  I mean,
10 right, so the motion to dismiss -- basically the gist of the
11 motion to dismiss is, "Hey, the affirmative defenses don't
12 provide any factual support."
13         Do you want a chance to amend the complaint, the
14 answer?
15         MR. STALEY:  Sure.  Yes.
16         THE COURT:  Okay.  I'm going to give you the chance
17 to do that.
18         MR. TRAN:  Sounds fair to me, Judge.
19         THE COURT:  Okay.  So let -- it's the old what's good
20 for the goose is good for the gander, so I set a deadline.
21         You didn't -- let me ask this of the defendant.  Are
22 you going to file an amended complaint?  Mr. Tran, are you
23 going to --
24         MR. STALEY:  I'm going to file an amended answer if
25 you're asking DSW Homes.  I didn't -- I didn't quite hear it.

1        THE COURT: I'm sorry. I was asking Mr. Tran if he
2   was going to file an amended complaint.
3        MR. STALEY: Sorry.
4        MR. TRAN: Oh, no, Judge. It's up to the defendant
5   to file an amended (indiscernible).
6        THE COURT: I just wanted to make sure if I was going
7   to have an amended answer I wasn't then going to get an amended
8   complaint.
9        So let's do this. Mr. Staley, if you would file your
10  amended answer by 11-18, that way you can go enjoy Thanksgiving
11  holidays. And then Mr. Tran, I assume that you would be
12  willing to withdraw Docket 16 the motion to strike without
13  prejudice, meaning if the subsequent answer in your view
14  doesn't provide enough factual support, you have the full right
15  to file a follow-up motion. Fair enough?
16       MR. TRAN: Yes, Judge. I'll file that notice today.
17  (indiscernible).
18       THE COURT: No need to file -- no need to file
19  anything. We try to make life easy, so the mere fact that I
20  will make sure Docket 16 is noted on the docket as withdrawn,
21  and then we'll go from there.
22       MR. TRAN: Sounds good. Thank you.
23       THE COURT: Okay. Thanks for raising that, Mr.
24  Staley. I forgot to do that, and it was number one on my list.
25       So have -- oh. Last thing real quick on -- obviously

1  you have the protocols that we use for FLSA cases.  Here's how
2  we look at that.  The protocols obviously require the plaintiff
3  to give the defendant information, and the defendant to give
4  the plaintiff information.  That's not for every single
5  employee with the company.  It's simply for either those named
6  plaintiffs or those that have filed consents.
7         So hypothetically, if Mr. Tran files a consent from
8  someone today, you know, Joe Smith, then obviously Mr. Tran and
9  Mr. Staley need to exchange the information required by the
10 protocols within I think it's 30 days, whatever's required.
11 But that's sort of the continuing obligation.  Obviously the
12 goal there is to make sure that everyone has full understanding
13 (indiscernible) information which needs to be produced.
14         MR. TRAN:  I understand.  Thank you, Your Honor.
15         THE COURT:  I'm done talking.  Thanks a bunch.  Have
16 a great day.  I'm going to that DCO.
17         MR. TRAN:  Okay.  Thank you.
18         MR. STALEY:  Have a good one.
19         THE COURT:  Have a good one.
20      (Hearing adjourned at 10:27 AM)
21                     * * * * *

```
 1                    C E R T I F I C A T I O N
 2
 3       I, Sonya Ledanski Hyde, certified that the foregoing
 4   transcript is a true and accurate record of the proceedings.
 5
 6   [signature: Sonya M. Ledanski Hyde]
 7
 8   Sonya Ledanski Hyde
 9
10
11
12
13
14
15
16
17
18
19
20   Veritext Legal Solutions
21   330 Old Country Road
22   Suite 300
23   Mineola, NY 11501
24
25   Date:  April 7, 2023
```